ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NOV 30 2007

------------------------------------------------------------- x

TIARA CONDOMINIUM ASSOCIATION

                Plaintiff,

     - against -

MARSH & MCLENNAN COS., INC., et al.,

                Defendants.

------------------------------------------------------------- x

07-CIV-9392

Judge Harold Baer, Jr.

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that Defendants' time to move, answer, plead or otherwise respond to the Complaint has been extended to and including January 14, 2008.

Dated: November 28, 2007
New York, New York

By: _____
Mitchell J. Auslander (MA-1224)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Defendants*

By: _____
William E. Brueckner (WB-6646)
ENSTROM & DRESTE LLP
317 Madison Avenue
Suite 703
New York, New York 10017-5201
Telephone: (212) 687-0303
Facsimile: (212) 687-1597

*Attorneys for Plaintiff*

So ordered:

_____
Harold Baer, Jr.
United States District Judge