**ERNSTROM & DRESTE LLP**

180 CANAL VIEW BLVD
SUITE 600
ROCHESTER, NY 14623
PHONE 585-473-3100
FAX 585-473-3113

December 20, 2007

VIA FACSIMILE (212) 805-7901

United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007



Attn: Hon. Harold A. Baer, Jr.

    Re:    *Tiara Condominium et al. v. Marsh & McLennan et al.*
             Case No.: 07-CV-9392

Dear Judge Baer:

    This office acts as local counsel to Plaintiff with respect to the above-referenced matter. I am writing this letter to request an adjournment of the Pre-Trial Conference that is currently scheduled for Thursday, January 3, 2008 at 4:15 pm before your Honor. We are currently in the process of submitting and filing *pro hac vice* motions for primary counsel, and the Defendant is operating under an extension of time to answer through January 14, 2008 as well. We respectfully request that the conference be rescheduled for a later date in February so that Defendant may appear and so that the *pro hac vice* motions may be filed and determined.

    Please contact this office with any questions or concerns you may have. Thank you for your cooperation and courtesies with this matter.

*Granted. PTC Adjourned to 1/24/08 at 1:15 P.M.*

SO ORDERED.
[signature: Harold Baer]
12/20/08

Respectfully yours,

[signature]
John W. Dreste

p.c.: McAlpine & Associates, P.C.

S:\BWP60\DOCS\CLIENTS\McAlpine\Tiara\Correspondence\2007 12 20 Letter to Judge Baer (JWD).doc

NEW YORK, NY OFFICE
317 MADISON AVENUE
SUITE 703
NEW YORK, NY 10017
PHONE: (212) 687-0303
FAX: (212) 687-1597

WWW.ERNSTROMDRESTE.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07