```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

                Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

                Defendants.

Case No. 07-cv-9392

Hon. Harold A. Baer, Jr.

**ORDER TO ADMIT CHRISTOPHER E.
WASSON AS COUNSEL PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of William E. Brueckner attorney for Tiara Condominium Association, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christopher E. Wasson |
| Firm Name: | McAlpine & Associates, P.C. |
| Address: | 3201 University Drive, Suite 100 |
| City/State/Zip: | Auburn Hills, Michigan 48326-2361 |
| Phone Number: | (248) 373-3700 |
| Fax Number: | (248) 373-3708 |

is admitted to practice *pro hace vice* as counsel for Tiara Condominium Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

_____
United States District/~~Magistrate Judge~~

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_[signature]_
Hon. Harold Baer, Jr., U.S.D.J.
Date: 1/3/08