Mitchell J. Auslander (MA 1224)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8201

*Attorneys for the Marsh Defendants*


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
TIARA CONDOMINIUM ASSOCIATION,
INC.                                                         :

                Plaintiff,      :      CASE NO.  07-CIV-9392

           - against -      :      Judge Harold Baer, Jr.

                      :      ELECTRONICALLY FILED
MARSH & MCLENNAN COS., INC., *et al.*,      :

           Defendants.     :

-------------------------------------------------------------x


## MARSH DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. (collectively, "Marsh"), by and through their attorneys, hereby submit their Corporate Disclosure Statement, and provide the following information to the Court:

1.     Marsh & McLennan Companies, Inc., a publicly-owned holding company incorporated in Delaware and traded on the New York Stock Exchange, has no corporate parent, and no publicly-held company owns more than ten percent of its outstanding stock.

2.    Marsh Inc. is wholly owned by Marsh & McLennan Companies, Inc.

3.    Marsh USA Inc. is wholly owned by Marsh Inc.

Dated:  January 14, 2007.

Respectfully submitted,

s/ Mitchell J. Auslander
Mitchell J. Auslander (MA-1224)
mauslander@willkie.com
Gregory Conway
gconway@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Marsh & McLennan Companies, Inc.,
Marsh Inc. and Marsh USA Inc.*