Mitchell J. Auslander (MA 1224)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8201

*Attorneys for the Marsh Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
TIARA CONDOMINIUM ASSOCIATION, :
INC. :
:
               Plaintiff, :    CASE NO. 07-CIV-9392
:
           - against - :    Judge Harold Baer, Jr.
:
MARSH & MCLENNAN COS., INC., *et al.*, :    ELECTRONICALLY FILED
:
           Defendants. :
------------------------------------------------------------x

## MARSH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendants Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. (collectively, "Marsh"), by and through their undersigned counsel, move this Court before the Honorable Harold Baer, Jr., United States District Judge, to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

In support of this motion, Marsh submits its opening Memorandum of Law, and the accompanying Declaration of Gregory Conway and the exhibit attached thereto. For all of the reasons set forth in the opening Memorandum of Law, Marsh respectfully requests that this

Court dismiss Plaintiff's Complaint with prejudice and grant such other relief as is necessary and proper, including the award of attorneys' fees and costs.[1]

Dated: January 14, 2007.                    Respectfully submitted,

                                                      s/ Mitchell J. Auslander
                                                    Mitchell J. Auslander (MA-1224)
                                                    mauslander@willkie.com
                                                    Gregory Conway
                                                    gconway@willkie.com
                                                    WILLKIE FARR & GALLAGHER LLP
                                                    787 Seventh Avenue
                                                    New York, NY 10019
                                                    Telephone: (212) 728-8000
                                                    Facsimile: (212) 728-8111

                                                    *Attorneys for Marsh & McLennan Companies, Inc.,*
                                                    *Marsh Inc. and Marsh USA Inc.*

---

[1] Marsh is simultaneously filing with the Court its Motion to Transfer Venue to the Southern District of Florida, pursuant to 28 U.S.C. § 1404(a).