IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
TIARA CONDOMINIUM ASSOCIATION, INC.

          Plaintiff,

- against -

MARSH & McLENNAN COS., INC., *et al.*,

          Defendants.

---------------------------------------------------------------x

CASE NO. 07-CIV-9392

Judge Harold Baer, Jr.

## DECLARATION OF GREGORY CONWAY IN SUPPORT OF THE MARSH DEFENDANTS' MOTION TO DISMISS

I, Gregory Conway, declare as follows:

1. I am an attorney with the law firm of Willkie Farr & Gallagher LLP. This law firm represents Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. (collectively, "Marsh") in the above-captioned action.

2. I have personal knowledge of the facts set forth below. I submit this Declaration in support of the Marsh Defendants' Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Order Granting Plaintiff's Motion for Judgment on the Pleadings as to Count Two of the Counterclaim for Professional Negligence in the case captioned *Goodman-Gable-Gould Co., Inc. v. Tiara Condominium Association, Inc.*, 9:06-CV-80441 (S.D. Florida).

1444718.1

      I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

January 14, 2008 in Washington, D.C.

                                                    s/ Gregory Conway  
                                                       Gregory Conway