Mitchell J. Auslander (MA 1224)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8201

*Attorneys for the Marsh Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :

TIARA CONDOMINIUM ASSOCIATION,
INC.                                                     :

                    Plaintiff,        :      CASE NO. 07-CIV-9392

            - against -        :      Judge Harold Baer, Jr.

                                         :      ELECTRONICALLY FILED
MARSH & MCLENNAN COS., INC., *et al.*,      :

                  Defendants.     :

------------------------------------------------------------x

## MARSH DEFENDANTS' MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendants Marsh & McLennan Companies, Inc.,

Marsh Inc. and Marsh USA Inc. (collectively, "Marsh"), by and through their undersigned

counsel, move this Court before the Honorable Harold Baer, Jr., United States District Judge, to

transfer venue to the United States District Court for the Southern District of Florida.

In support of this motion, Marsh submits its opening Memorandum of Law, the

accompanying Declaration of Gregory Conway and the exhibits thereto and the Declaration of

Brian V. Fitzsimmons and the exhibit thereto. For all of the reasons set forth in the opening

Memorandum of Law, Marsh respectfully requests that this Court transfer this case to the United

States District Court for the Southern District of Florida and grant such other relief as is

necessary and proper, including the award of attorneys' fees and costs.


Dated: January 14, 2007.                    Respectfully submitted,

                                            s/ Mitchell J. Auslander
                                            Mitchell J. Auslander (MA-1224)
                                            mauslander@willkie.com
                                            Gregory Conway
                                            gconway@willkie.com
                                            WILLKIE FARR & GALLAGHER LLP
                                            787 Seventh Avenue
                                            New York, NY  10019
                                            Telephone: (212) 728-8000
                                            Facsimile: (212) 728-8111

                                            *Attorneys for Marsh & McLennan Companies, Inc.,
                                            Marsh Inc. and Marsh USA Inc.*

1434698.1