IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TIARA CONDOMINIUM ASSOCIATION, INC.

        Plaintiff,

- against -

MARSH & MCLENNAN COS., INC., *et al.*,

        Defendants.
------------------------------------------------------------x

CASE NO. 07-CIV-9392

Judge Harold Baer, Jr.

## DECLARATION OF GREGORY CONWAY IN SUPPORT OF THE MARSH DEFENDANTS' MOTION TO TRANSFER VENUE

I, Gregory Conway, declare as follows:

1. I am an attorney with the law firm of Willkie Farr & Gallagher LLP. This law firm represents Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. (collectively, "Marsh") in the above-captioned action.

2. I have personal knowledge of the facts set forth below. I submit this Declaration in support of the Marsh Defendants' Motion to Transfer Venue.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint in the case captioned *Goodman-Gable-Gould Co., Inc. v. Tiara Condominium Association, Inc.*, 9:06-CV-80441 (S.D. Florida).

4. Attached hereto as Exhibit B is a true and correct copy of the Order Granting Plaintiff's Motion for Judgment on the Pleadings as to Count Two of the Counterclaim

1440467.1

for Professional Negligence in the case captioned *Goodman-Gable-Gould Co., Inc. v. Tiara Condominium Association, Inc.*, 9:06-CV-80441 (S.D. Florida).

5. Attached hereto as Exhibit C is a true and correct copy of the Final Judgment in the case captioned *Goodman-Gable-Gould Co., Inc. v. Tiara Condominium Association, Inc.*, 9:06-CV-80441 (S.D. Florida).

6. Attached hereto as Exhibit D are true and correct copies of the two documents entitled "U.S. District Court - Judicial Caseload Profile" relating to the United States District Court for the Southern District of New York and the United States District Court for the Southern District of Florida, respectively. This information was obtained from http://www.uscourts.gov/cgi-bin/cmsd2006.pl.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

January 14, 2008 in Washington, D.C.

                                                     s/ Gregory Conway
                                                    Gregory Conway