# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80441-CIV-HURLEY/HOPKINS

GOODMAN-GABLE-GOULD CO., INC.,
d/b/a ADJUSTERS INTERNATIONAL,

    Plaintiff,

v.

TIARA CONDOMINIUM ASSOCIATION,
INC.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the court following a jury verdict in favor of the plaintiff on count one of the plaintiff's complaint. This court hereby enters judgment, pursuant to Fed. R. Civ. P. 58, as follows:

**FINAL JUDGMENT** is entered in favor of the plaintiff, Goodman-Gable-Gould Company, Inc., and against the defendant, Tiara Condominium Association, Inc., in the amount of $1,446,849.96 [one million four hundred forty-six thousand eight hundred forty-nine dollars and ninety-six cents], plus post-judgment interest at the rate of 4.95%, for which let execution issue.

**FINAL JUDGMENT** is also entered against the defendant, Tiara Condominium Association, Inc., on its counterclaim, who shall take nothing by this action, and in favor of the plaintiff, Goodman-Gable-Gould Company, Inc., who shall go hence without day.

The court reserves jurisdiction, if appropriate, to award pre-judgment interest and/or court costs. All pending motions are **DENIED** as moot and the Clerk of the Court shall enter this case as **CLOSED**.

DONE and SIGNED in chambers at West Palm Beach, Florida this _1st_ day of June, 2007.

*[signature]*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*