UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

               Plaintiff,

          -against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

               Defendants.

Case No. 07-cv-9392

Hon. Harold A. Baer, Jr.

## MOTION TO ADMIT MARK L. MCALPINE
## AS COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United State District Courts for the Southern and Eastern Districts of New York, I, William E. Brueckner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Mark. L. McAlpine |
| Firm Name: | McAlpine & Associates, P.C. |
| Address: | 3201 University Drive, Suite 100 |
| City/State/Zip: | Auburn Hills, Michigan 48326-2361 |
| Phone Number: | (248) 373-3700 |
| Fax Number: | (248) 373-3708 |

MARK L. MCALPINE is a member in good standing of the Bar of the State of Michigan. There are no pending disciplinary proceedings against MARK L. MCALPINE in any State or Federal court.

Dated: December 28, 2007
      Rochester, New York

                                                  Respectfully submitted,

                                                  William E. Brueckner
                                                  SDNY Bar Code: WB 6646
                                                  ERNSTROM & DRESTE, LLP
                                                  317 Madison Avenue
                                                  Suite 703
                                                  New York, New York 10017
                                                  Telephone: (212) 687-0303
                                                  Facsimile: (212) 687-1597

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| TIARA CONDOMINIUM ASSOCIATION, INC., a Florida non-profit corporation, in its own name and as agent for all owners of record of all individual condominium parcels within the Tiara Condominium,<br><br>      Plaintiff,<br><br>-against-<br><br>MARSH & MCLENNAN COMPANIES, INC., a Delaware corporation, MARSH, INC., and MARSH USA, INC.,<br><br>      Defendants. | Case No. 07-cv-9392<br><br>Hon. Harold A. Baer, Jr.<br><br>**AFFIDAVIT OF WILLIAM E. BRUECKNER IN SUPPORT OF MOTION TO ADMIT MARK L. MCALPINE AS <u>COUNSEL PRO HAC VICE</u>** |

STATE OF NEW YORK )
         ) ss.
COUNTY OF MONROE )

  William E. Brueckner, being duly sworn, hereby deposes and says as follows:

  1. I am a partner at Ernstrom & Dreste, LLP, local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mark L. McAlpine as counsel *pro hac vice* to represent Plaintiff in this matter.

  2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 23, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3. Mr. McAlpine is the principal at the law firm of McAlpine & Associates, P.C.

1

4.   Mr. McAlpine is a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.   Accordingly, I am pleased to move the admission of Mark L. McAlpine, *pro hac vice*.

6.   I respectfully submit a proposed order granting the admission of Mark L. McAlpine, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Mark L. McAlpine, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: December 28, 2007

Respectfully submitted,

_____
William E. Brueckner
SDNY Bar Code: WB 6646
ERNSTROM & DRESTE, LLP
317 Madison Avenue
Suite 703
New York, New York 10017
Telephone: (212) 687-0303
Facsimile: (212) 687-1597

Sworn to before me this 28
day of December, 2007

_____
Notary Public

DOUGLAS A. BASS
Notary Public, State Of New York
No. 02BA6055636
Qualified In Monroe County
Commission Expires Feb. 26, 20___

2

S:\BWP60\DOCS\CLIENTS\McAlpine\Tiara\Pleadings\2007 12 27 Affidavit Pro Hac Vice (MLM).doc

# State Bar of Michigan

# Certificate

## of Good Standing

This certifies that Mark L. McAlpine, P35583 of Auburn Hills, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 16, 1983 in Macomb County and became a member of the State Bar of Michigan on November 16, 1983.

Janet K. Welch
Executive Director
December 03, 2007

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 28th day of December, 2007 the undersigned served the within **NOTICE OF MOTION TO ADMIT MARK L. MCALPINE** *PRO HAC VICE*, **AFFIDAVIT OF WILLIAM BRUECKNER IN SUPPORT OF MOTION TO ADMIT MARK L. MCALPINE** *PRO HAC VICE* **AND PORPOSED ORDER OF ADMISSION** *PRO HAC VICE* upon the person(s) named below, by depositing a copy thereof in a depository under the exclusive custody and control of the U.S. Postal Service, in a postage paid wrapper addressed to them as follows:

Mitchell J. Auslander, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

Gregory Conway, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

　　　　　　　　　　　　　　　　　　　　　　/s/ Mai Lan Nguyen
　　　　　　　　　　　　　　　　　　　　　　**MAI LAN NGUYEN**

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

      Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

      Defendants.

Case No. 07 -cv-9392

Hon. Harold A. Baer, Jr.

**ORDER TO ADMIT MARK L.
MCALPINE AS COUNSEL PRO HAC
<u>VICE ON WRITTEN MOTION</u>**

  Upon the motion of Willam E. Brueckner attorney for Tiara Condominium Association, Inc. and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark. L. McAlpine |
| Firm Name: | McAlpine & Associates, P.C. |
| Address: | 3201 University Drive, Suite 100 |
| City/State/Zip: | Auburn Hills, Michigan 48326-2361 |
| Phone Number: | (248) 373-3700 |
| Fax Number: | (248) 373-3708 |

is admitted to practice *pro hace vice* as counsel for Tiara Condominium Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

_____
United States District/Magistrate Judge