UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

             Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

             Defendants.

Case No. 07-cv-9392

Hon. Harold A. Baer, Jr.

## MOTION TO ADMIT CHRISTOPHER E. WASSON AS COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United State District Courts for the Southern and Eastern Districts of New York, I, William E. Brueckner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Christopher E. Wasson |
| Firm Name: | McAlpine & Associates, P.C. |
| Address: | 3201 University Drive, Suite 100 |
| City/State/Zip: | Auburn Hills, Michigan 48326-2361 |
| Phone Number: | (248) 373-3700 |
| Fax Number: | (248) 373-3708 |

CHRISTOPHER E. WASSON is a member in good standing of the Bar of the States of Michigan, Indiana, and Kentucky.

1

2

There are no pending disciplinary proceedings against CHRISTOPHER E. WASSON in any State or Federal court.

Dated: December 28, 2007
      Rochester, New York

                                         Respectfully submitted,

                                         */s/ William E. Brueckner*
                                         William E. Brueckner
                                         SDNY Bar Code: WB 6646
                                         ERNSTROM & DRESTE, LLP
                                         317 Madison Avenue
                                         Suite 703
                                         New York, New York 10017
                                         Telephone: (212) 687-0303
                                         Facsimile: (212) 687-1597

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

TIARA CONDOMINIUM ASSOCIATION, INC., a Florida non-profit corporation, in its own name and as agent for all owners of record of all individual condominium parcels within the Tiara Condominium,

      Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES, INC., a Delaware corporation, MARSH, INC., and MARSH USA, INC.,

      Defendants.

Case No. 07-cv-9392

Hon. Harold A. Baer, Jr.

**AFFIDAVIT OF WILLIAM E. BRUECKNER IN SUPPORT OF MOTION TO ADMIT CHRISTOPHER E. WASSON AS COUNSEL PRO HAC VICE**

STATE OF NEW YORK )
         ) ss.
COUNTY OF MONROE )

  William E. Brueckner, being duly sworn, hereby deposes and says as follows:

  1. I am a partner at Ernstrom & Dreste, LLP, local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher E. Wasson as counsel *pro hac vice* to represent Plaintiff in this matter.

  2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 23, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3. Mr. Wasson is an associate at the law firm of McAlpine & Associates, P.C.

1

4. Mr. Wasson is a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Christopher E. Wasson, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Christopher E. Wasson, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Christopher E. Wasson, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: December 28, 2007

Respectfully submitted,

William E. Brueckner
SDNY Bar Code: WB 6646
ERNSTROM & DRESTE, LLP
317 Madison Avenue
Suite 703
New York, New York 10017
Telephone: (212) 687-0303
Facsimile: (212) 687-1597

Sworn to before me this 28
day of December, 2007

_____
Notary Public

DOUGLAS A. BASS
Notary Public, State Of New York
No. 02BA6055636
Qualified In Monroe County
Commission Expires Feb. 26, 20 11

2

# State Bar of Michigan
# Certificate
## of Good Standing

This certifies that Christopher Eric Wasson, P63838 of Auburn Hills, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on May 16, 2002 in Oakland County and became a member of the State Bar of Michigan on May 17, 2002.

Janet K. Welch
Executive Director
December 03, 2007

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

___CHRISTOPHER ERIC WASSON___

is a member of the bar of said Court since admission on ___OCTOBER 19th 1998___, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __4th__ day of __DECEMBER__, 20 __07__.

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
Jane Winkler Dyche
*President*

Barbara D. Bonar
*President-Elect*

Charles E. English, Jr.
*Vice President*

Robert C. Ewald
*Past President*

**YOUNG LAWYERS**
Ryan C. Reed
*Chair*

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit



*THIS IS TO CERTIFY THAT*

*CHRISTOPHER ERIC WASSON*
*McAlpine and Associates PC*
*3201 University Drive, Suite 100*
*Auburn Hills, Michigan  48326-2361*

*Membership No. 88775*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of December, 2007.

*JAMES L. DECKARD*
*REGISTRAR*

By: _____
Nicole A. Key, Deputy Registrar



| | | |
|---|---|---|
| **SUSAN STOKLEY CLARY**<br>Clerk | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Christopher Eric Wasson _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __ May 1, 2001 __, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Christopher Eric Wasson _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __5th__ day of __December__, __2007__.

SUSAN STOKLEY CLARY
CLERK

By: *Carolyn Coleman*
Deputy Clerk

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 28th day of December, 2007 the undersigned served the within **NOTICE OF MOTION TO ADMIT CHRISTOPHER E. WASSON *PRO HAC VICE*, AFFIDAVIT OF WILLIAM BRUECKNER IN SUPPORT OF MOTION TO ADMIT CHRISTOPHER E. WASSON *PRO HAC VICE* AND PORPOSED ORDER OF ADMISSION *PRO HAC VICE*** upon the person(s) named below, by depositing a copy thereof in a depository under the exclusive custody and control of the U.S. Postal Service, in a postage paid wrapper addressed to them as follows:

Mitchell J. Auslander, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

Gregory Conway, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

_/s/ Mai Lan Nguyen_
**MAI LAN NGUYEN**

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

            Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

            Defendants.

Case No. 07 -cv-9392

Hon. Harold A. Baer, Jr.

**ORDER TO ADMIT CHRISTOPHER E.
WASSON AS COUNSEL PRO HAC VICE
<u>ON WRITTEN MOTION</u>**

Upon the motion of William E. Brueckner attorney for Tiara Condominium Association, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christopher E. Wasson |
| Firm Name: | McAlpine & Associates, P.C. |
| Address: | 3201 University Drive, Suite 100 |
| City/State/Zip: | Auburn Hills, Michigan 48326-2361 |
| Phone Number: | (248) 373-3700 |
| Fax Number: | (248) 373-3708 |

is admitted to practice *pro hace vice* as counsel for Tiara Condominium Association in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

                                                                  _____
                                                                  United States District/Magistrate Judge