UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
TIARA CONDOMINIUM ASSOCIATION,                               :
INC.                                                         :
                                                             :     CASE NO. 07-CIV-9392
                                   Plaintiff,                :
                                                             :     Judge Harold Baer, Jr.
            - against -                                      :
                                                             :     MOTION TO ADMIT COUNSEL
MARSH & MCLENNAN COS., INC., *et al.*,                       :     PRO HAC VICE
                                                             :
                                   Defendants.               :
                                                             :
------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mitchell J. Auslander, a member in good standing of the bar of this Court, hereby moves this Court for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Gregory Conway |
| Firm Name: | Willkie Farr & Gallagher LLP |
| Address: | 1875 K Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006-1238 |
| Phone Number: | (202) 303-1130 |
| Email address: | GConway@willkie.com |
| Fax Number: | (202) 303-2000 |

Gregory Conway is a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the District of Columbia. Attached hereto are certificates of good standing for Mr. Conway. I am not aware of any pending disciplinary proceedings against Gregory Conway in any State or Federal court.



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Gregory K. Conway, Esq.**

### DATE OF ADMISSION

**December 19, 1990**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: January 15, 2008**

_____
Norina K. Blynn
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Gregory Conway

was on the 7th day of June, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ A. Clark
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
TIARA CONDOMINIUM ASSOCIATION,                                :   CASE NO. 07-CIV-9392
INC.                                                          :
                                                              :   Judge Harold Baer, Jr.
                    Plaintiff,                                :
                                                              :   AFFIDAVIT OF MITCHELL J.
            - against -                                       :   AUSLANDER IN SUPPORT OF
                                                              :   MOTION TO ADMIT COUNSEL
MARSH & MCLENNAN COS., INC., *et al.*,                        :       PRO HAC VICE
                                                              :
                    Defendants.                               :
------------------------------------------------------------- x

| State of New York   | ) |      |
|---------------------|---|------|
|                     | ) | ss:  |
| County of New York  | ) |      |

Mitchell J. Auslander being duly sworn, deposes and says:

1. I am a member of Willkie Farr & Gallagher LLP, attorneys for Defendants in the above captioned action. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit Gregory Conway as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and the bar of this Court.

3. Mr. Conway is an Associate with my firm in our in Washington, D.C. office. I have known Mr. Conway since 1996.

4. I have found Mr. Conway to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Gregory Conway, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Gregory Conway, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the Motion to Admit Gregory Conway, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Sworn to before me this
23rd day of January, 2008

_____
Notary Public

WILLIAM G. MCKAY
Notary Public, State of New York
No. 01MC4889823
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 16, 2010

_____
Mitchell J. Auslander

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
TIARA CONDOMINIUM ASSOCIATION,
INC.                                          :        CASE NO. 07-CIV-9392

              Plaintiff,        :        Judge Harold Baer, Jr.

      - against -                          :        ORDER FOR ADMISSION PRO
                                                       HAC VICE ON WRITTEN
MARSH & MCLENNAN COS., INC., *et al.*,        :                  MOTION

             Defendants.      :

------------------------------------------------------------ x

Upon the motion of Mitchell J. Auslander, attorney for Marsh & McLennan Companies, Inc., Marsh Inc., and Marsh USA Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Gregory Conway |
| Firm Name: | Willkie Farr & Gallagher LLP |
| Address: | 1875 K Street, N.W. |
| City/State/Zip: | Washington, D.C. 20006-1238 |
| Phone Number: | (202) 303-1130 |
| Fax Number: | (202) 303-2000 |
| Email Address: | GConway@willkie.com |

is admitted to practice pro hac vice as counsel for Marsh & McLennan Companies, Inc., Marsh Inc., and Marsh USA Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF

4099653.1

password at www1.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January_____, 2008.
New York, New York.


_____
U.S.D.J.

- 2 -

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 23rd day of January, 2008 the undersigned, a member of the Bar of this Court, served the within **NOTICE OF MOTION TO ADMIT GREGORY CONWAY** *PRO HAC VICE*, **AFFIDAVIT OF MITCHELL J. AUSLANDER PRO HAC VICE AND PROPOSED ORDER OF ADMISSION** *PRO HAC VICE* upon the persons named below, by depositing a copy thereof in a depository under the exclusive custody and control of the U.S. Postal Service, in a postage paid wrapper addressed to them as follows and by fax transmission.

William E. Brueckner
ENSTROM & DRESTE LLP
317 Madison Avenue
Suite 703
New York, NY 10017-5201
Facsimile: (212) 687-1597

Christopher E. Wasson
MCALPINE & ASSOCIATES, P.C.
3201 University Drive
Suite 100
Auburn Hills, MI 48326-2361
Fax: (248) 373-3708

Mark L. McAlpine
MCALPINE & ASSOCIATES, P.C.
3201 University Drive
Suite 100
Auburn Hills, MI 48326-2361

Henry J. Kennedy