UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

TIARA CONDOMINIUM
ASSOCIATION, INC.,                      :

                                        :          07 Civ. 9392 (HB)

              Plaintiff,                :

                                        :    **ORDER**

       -against-                        :

                                        :

MARSH & MCLENNAN COS., INC.,            :
et al.,                                 :

                                        :

              Defendants.               :

---------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS Plaintiff Tiara Condominium Association, Inc. ("Plaintiff")
commenced this action on October 19, 2007 against Defendants Marsh & McLennan
Companies, Inc., a Delaware corporation, Marsh, Inc. and Marsh USA, Inc.
("Defendants"); and

WHEREAS on January 14, 2008, Defendants filed a Motion to Dismiss Plaintiff's
Complaint and a Motion to Change Venue; and

WHEREAS on January 24, 2008, the Court held a pretrial conference in chambers
in which counsel for Plaintiff and counsel for Defendants agreed to schedule an oral
argument on Defendants' Motion to Change Venue for 12:30 p.m. on February 26, 2008;
and

WHEREAS the Court would like both motions argued on February 26, 2008; it is
hereby

ORDERED that Plaintiff shall file a Response to Defendants' Motion to Change
Venue and either an Amended Complaint or a Response to Defendants' Motion to
Dismiss by February 11, 2008; and it is further

ORDERED that Defendants shall file any Reply to the Motion to Change Venue
by February 18, 2008; and it is further

ORDERED that the parties work out a schedule so that should the Motion to
Dismiss go forward, all papers are in chambers by February 23, 2008, and if more time is
required that a conference call to chambers be arranged by the parties for February 15,
2008; and it is further

ORDERED that on February 26, 2008 at 12:30 p.m., counsel for Plaintiff and counsel for Defendants shall appear in Courtroom 23B for oral argument for one or both motions.

**SO ORDERED.**

**February 5, 2008**
**New York, New York**

U.S.D.J.