IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA CONDOMINIUM ASSOCIATION, INC., a Florida non-profit corporation, in its own name and as agent for all owners of record of all individual condominium parcels within the Tiara Condominium<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., a Delaware corporation, MARSH, INC., and MARSH USA, INC.,<br><br>Defendant. | Case No.: 07-CIV-9392 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused a copy of **Amended Complaint and Jury Demand**, to be electronically filed with the Clerk of the District Court using the CM/ECF system, which would then send notice of such filing to the following:

Mitchell J. Auslander, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

Gregory Conway, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

                                         s/William E. Brueckner
                                         WILLIAM E. BRUECKNER
                                         WEB@ernstromdreste.com