# Westlaw.

QUERY - TI(MARSH & MCLENNAN)             DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

1. → Egan v. Marsh & McLennan Companies, Inc., Slip Copy, 2008 WL 245511, , S.D.N.Y., January 30, 2008(No. 07 Civ. 7134(SAS).)

   ...Egan v. **Marsh** & **McLennan** Companies, Inc. S.D.N.Y.,2008. Only the Westlaw citation is currently available. United States District Court, S.D. New York. Roger EGAN, Plaintiff, v. **MARSH** & **McLENNAN** COMPANIES, INC., **MarshUSAInc**. Severance Pay Plan, **MarshInc**. Fall 2004 Restructuring Severance Pay Plan, Defendants. No. 07 Civ. 7134(SAS). Jan. 30, 2008. OPINION AND ORDER SHIRA A...

2. H In re Marsh & McLennan Companies, Inc. Securities Litigation, Slip Copy, 2007 WL 3407064, Fed. Sec. L. Rep. P 94,522, , S.D.N.Y., November 14, 2007(MDL No. 1744.Master File No. 04 Cv. 8144(SWK).)

   ...In re **Marsh** & **McLennan** Companies, Inc. Securities Litigation S.D.N.Y.,2007. United States District Court, S.D. New York. In re **MARSH** & **McLENNAN** COMPANIES, INC. SECURITIES LITIGATION. This Document Relates to: M.F. Henry v. Greenberg et al., 04 Cv. 8516(RMB), 05 Cv...

3. H Guy Carpenter & Co., LLC v. Samengo-Turner, Slip Copy, 2007 WL 1888800, , S.D.N.Y., June 29, 2007(No. 07 Civ. 3580(DLC).)

   ...2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. GUY CARPENTER & COMPANY, LLC and **Marsh** & **McLennan** Companies, Inc., Plaintiffs, v. Julian SAMENGO-TURNER, Ron Whyte, and Marcus Hopkins, Defendants. No. 07 Civ. 3580(DLC). June 29...

4. H Guy Carpenter & Co. v. Samengo-Turner, Slip Copy, 2007 WL 1705070, , S.D.N.Y., June 14, 2007(No. 07 Civ. 3580(DLC).)

   ...2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. GUY CARPENTER & COMPANY, LLC and **Marsh** & **McLennan** Companies, Inc., Plaintiffs, v. Julian SAMENGO-TURNER, Ron Whyte, and Marcus Hopkins, Defendants. No. 07 Civ. 3580(DLC). June 14...

5. C Tasciyan v. Marsh USA, Inc., Slip Copy, 2007 WL 950091, , S.D.N.Y., March 28, 2007(No. 07 Civ. 99 SAS.)

   ...Tasciyan v. **MarshUSA, Inc**. S.D.N.Y.,2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. Aret M. TASCIYAN, Plaintiff, v. **MARSHUSA, INC**., Defendant. No. 07 Civ. 99 SAS. March 28, 2007. Stephen H. Vengrow Joseph De May, Jr. Cichanowicz, Callan, Keane, Vengrow...

6. H Lee v. Marsh & McLennan Companies, Inc., Slip Copy, 2007 WL 704033, , S.D.N.Y., March 07, 2007(No. 06 Civ. 6523(SWK), 06 Civ. 15448(SWK).)

   ...Westlaw citation is currently available. United States District Court, S.D. New York. Frank A. LEE, Jr., et al., Plaintiffs v. **MARSH** & **MCLENNAN** COMPANIES, INC., et al., Defendants. No. 06 Civ. 6523(SWK), 06 Civ. 15448(SWK). March 7, 2007. OPINION AND ORDER...

7. H In re Marsh & McLennan Companies, Inc. Securities Litigation, Slip Copy, 2006 WL 2789860, , S.D.N.Y., September 27, 2006(No. MDL 1744, 04 CIV 8144 SWK.)

   ...In re **Marsh** & **McLennan** Companies, Inc. Securities Litigation S.D.N.Y.,2006. Only the

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.



QUERY - TI(MARSH & MCLENNAN)         DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

      Westlaw citation is currently available. United States District Court, S.D. New York. In re **MARSH & MCLENNAN** COMPANIES, INC. SECURITIES LITIGATION No. MDL 1744, 04 CIV 8144 SWK. Sept. 27, 2006. OPINION AND ORDER KRAM , J. THIS...

8. ▷ In re **Marsh & Mclennan** Companies, Inc. Securities Litigation, 501 F.Supp.2d 452, 2006 WL 2057194, , S.D.N.Y., July 20, 2006(MDL NO. 1744.No. 04 Civ. 8144(SWK).)

      ...In re **Marsh & Mclennan** Companies, Inc. Securities Litigation S.D.N.Y.,2006. IN RE **MARSH & MCLENNAN** COMPANIES, INC. SEC. LIT. United States District Court, S.D. New York. In re **MARSH & MCLENNAN** COMPANIES, INC. SECURITIES LITIGATION. THIS DOCUMENT RELATES TO: ALL ACTIONS MDL NO. 1744. No. 04 Civ. 8144(SWK). July 20...

9. C In re **Marsh & McLennan** Companies, Inc., Securities Litigation, 429 F.Supp.2d 1376, 2006 WL 1073430, , Jud.Pan.Mult.Lit., April 18, 2006(No. 1744.)

      ...In re **Marsh & McLennan** Companies, Inc., Securities Litigation Jud.Pan.Mult.Lit.,2006. IN RE **MARSH & MCLENNAN** COMPANIES, INC., SECURITIES Judicial Panel on Multidistrict Litigation. In re **MARSH & MCLENNAN** COMPANIES, INC., SECURITIES LITIGATION No. 1744. April 18, 2006. Background: Defendants moved to centralize seven actions, pending in two districts...

10. H Frazer Exton Development, LP v. Kemper Environmental, Ltd., Not Reported in F.Supp.2d, 2004 WL 1752580, , S.D.N.Y., July 29, 2004(No. 03 Civ. 0637(HB).)

      ...is currently available. United States District Court, S.D. New York. FRAZER EXTON DEVELOPMENT, LP, Plaintiff, v. KEMPER ENVIRONMENTAL, LTD., and **MarshUSA, Inc.**, Defendant. No. 03 Civ. 0637(HB). July 29, 2004. OPINION & ORDER BAER , J. 1 FN1. Moriah Adamo, Lauren Yates, and...

11. C In re Arbitration between Hawaiian Elec. Industries, Inc. and HEI Power Corp., Not Reported in F.Supp.2d, 2004 WL 1542254, , S.D.N.Y., July 09, 2004(No. M-82.)

      ...London, Respondents: NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA and Syndicates 488 and 2488 at Lloyd's London, Petitioners, v. **MARSHUSA, INC.**, Maura S. Garych and Gregor McQueen, Respondents. No. M-82. July 9, 2004. MEMORANDUM AND ORDER MCKENNA , J. National Union...

12. H Collins Development Corp. v. Marsh & McLennan, Inc., Not Reported in F.Supp., 1991 WL 183352, , S.D.N.Y., September 11, 1991(No. 90 CIV. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH & McLENNAN**, INC., Defendant. No. 90 CIV. 4675 (JFK). Sept. 11, 1991. MEMORANDUM OPINION AND ORDER KEENAN , District Judge: On July 17...

13. H Collins Development Corp. v. Marsh & McLennan, Inc., Not Reported in F.Supp., 1991 WL 135605, , S.D.N.Y., July 18, 1991(No. 90 Civ. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH & McLENNAN**, INC., Defendant. No. 90 Civ. 4675 (JFK). July 18, 1991. Dennis T. D'Antonio Weg and Myers, P.C. , New York City...

14. H Collins Development Corp. v. Marsh & McLennan, Inc., Not Reported in F.Supp., 1991 WL 35856, , S.D.N.Y., March 12, 1991(No. 90 Civ. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH & McLENNAN**, INC.,

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - TI(MARSH & MCLENNAN)          DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

    Defendant. No. 90 Civ. 4675 (JFK). March 12, 1991. Weg and Myers, P.C., New York City ( Matthew S. Aboulafia...

15. **H** Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., Not Reported in F.Supp., 1990 WL 180838, , S.D.N.Y., November 15, 1990(No. 86 Civ. 9011 (CSH).)

    ...LIMITED (Formerly Preservation Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and **Marsh & McLennan**, Inc., Defendant. No. 86 Civ. 9011 (CSH). Nov. 15, 1990. Mendes & Mount, New York City, for plaintiff. Miller Singer & Raives...

16. **H** Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., Not Reported in F.Supp., 1990 WL 102217, , S.D.N.Y., July 12, 1990(No. 86 CIV. 9011 (CSH).)

    ...LIMITED (Formerly Preservatrice Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and **Marsh & Mclennan**, Inc., Defendants. No. 86 CIV. 9011 (CSH). July 12, 1990. MEMORANDUM OPINION AND ORDER HAIGHT, District Judge. Plaintiff's motion for...

17. **H** Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., 722 F.Supp. 48, 1989 WL 113253, , S.D.N.Y., September 27, 1989(No. 86 Civ. 9011 (CSH).)

    ...LIMITED (Formerly Preservatrice Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and **Marsh & McLennan**, Inc., Defendant. No. 86 Civ. 9011 (CSH). Sept. 27, 1989. Reinsured insurer which had issued Australian worker's compensation coverage brought...

18. **C** Finansskandic (Luxembourg) S.A. v. Marsh & McLennan Companies, Inc., Not Reported in F.Supp., 1989 WL 101938, , S.D.N.Y., August 30, 1989(No. 87 CV 8408 (KMW).)

    ...Finansskandic (Luxembourg) S.A. v. **Marsh & McLennan** Companies, Inc. S.D.N.Y.,1989. Only the Westlaw citation is currently available. United States District Court, S.D. New York. FINANSSKANDIC (LUXEMBOURG) S.A., Plaintiff, v. **MARSH & McLENNAN** COMPANIES, INC., Defendant. No. 87 CV 8408 (KMW). Aug. 30, 1989. MEMORANDUM OPINION KIMBA M. WOOD, District Judge. Former third...

19. **H** Post v. Regan, 677 F.Supp. 203, 1988 WL 3097, , S.D.N.Y., January 15, 1988(No. 84 CV 9185 (RJD).)

    ...v. REGAN United States District Court, S.D. New York. Richard O. POST, Jr., Plaintiff, v. John M. REGAN, Jr. and **Marsh & McLennan** Companies, Inc., Defendants. No. 84 CV 9185 (RJD). Jan. 15, 1988. Former employee brought action against former employer and its...

20. ▷ Paul Marsh, Inc. v. Edward A. Goodman Co., Inc., 612 F.Supp. 635, 1986 A.M.C. 396, , S.D.N.Y., June 11, 1985(No. 84 Civ. 1493 (GLG).)

    ...Inc. D.C.N.Y.,1985. PAUL MARSH, INC. v. EDWARD A. GOODMAN CO., INC. United States District Court, S.D. New York. PAUL **MARSH, INC.**, Plaintiff, v. EDWARD A. GOODMAN CO., INC., Federal Insurance Company and Utica Mutual Insurance Company, Defendants. No. 84 Civ. 1493...

21. **C** Paul Marsh, Inc. v. S.S. Johann Blumenthal, 455 F.Supp. 236, 1979 A.M.C. 240, , S.D.N.Y., July 19, 1978(No. 75 Civ. 538.)

    ...Paul Marsh, Inc. v. S.S. Johann Blumenthal D.C.N.Y.,1978. United States District Court, S. D. New York. PAUL **MARSH, INC.**, Plaintiff, v. S.S. JOHANN BLUMENTHAL, her engines, boilers, etc., Johann K. Blumenthal Reederei, KG Panatlantic GmbH & Co., and Cargo Lines...

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.