

QUERY - TI(MARSH & MCLENNAN)            DATABASES(S) - DCTFL
TI("MARSH INC") TI("MARSH USA INC")

1. Kraft Co., Inc. v. J & H Marsh & McLennan of Florida, Inc., Not Reported in F.Supp.2d, 2006 WL 1876995, , M.D.Fla., July 05, 2006(No. 2:06-CV-6-FtM-29DNF.)

   ...Kraft Co., Inc. v. J & H **Marsh** & **McLennan** of Florida, Inc. M.D.Fla.,2006. Only the Westlaw citation is currently available. United States District Court, M.D. Florida, Fort Myers Division. KRAFT COMPANY, INC., Kraft Enterprises Company, Int., Plaintiffs, v. J & H **MARSH** & **McLENNAN** OF FLORIDA, INC., **MarshUSAInc.**, as successor to J & H **Marsh** & **McLennan** of Florida, Inc., Defendants. No. 2:06-CV-6-FtM-29DNF. July 5, 2006. Brian W. Bennett Page, Eichenblatt, Bernbaum...

2. In re Marsh & McLennan Companies, Inc., Securities Litigation, 429 F.Supp.2d 1376, 2006 WL 1073430, , Jud.Pan.Mult.Lit., April 18, 2006(No. 1744.)

   ...In re **Marsh** & **McLennan** Companies, Inc., Securities Litigation Jud.Pan.Mult.Lit.,2006. IN RE **MARSH** & **MCLENNAN** COMPANIES, INC., SECURITIES Judicial Panel on Multidistrict Litigation. In re **MARSH** & **MCLENNAN** COMPANIES, INC., SECURITIES LITIGATION No. 1744. April 18, 2006. Background: Defendants moved to centralize seven actions, pending in two districts...

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.



EXHIBIT F