## CERTIFICATE OF SERVICE

TIARA CONDOMINIUM ASSOC. INC.

-vs.-

MARSH & McCLENNAN COMPANIES, INC.

Case No.:  07-Civ-9392

The undersigned, a member in good standing of the bar of this Court, certifies that on February 11, 2008, he cased a copy of the foregoing "Memorandum of Law in Support of Plaintiff's Response to Marsh Defendants' Motion to Transfer Venue" to be served by first-class United States mail upon the following:

Mitchell J. Auslander, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY  10019

Gregory Conway, Esq.
Willkie Farr & Gallagher, LLP
1875 K Street, NW
Washington, D.C.  20006-1238

William E. Brueckner