# INSURANCE PROPOSAL
# FOR
# TIARA CONDOMINIUM ASSOCIATION, INC.

Renewal Date June 1, 2004

Presented by:

Neil A. Hewitt
Senior Vice President

# MARSH

1560 Sawgrass Corporate Parkway, Suite 300
Sunrise, FL  33323

(954) 838 3400

April 8, 2004

EXHIBIT 1

# TEAM RESPONSIBLE FOR HANDLING YOUR ACCOUNT

**Neil A. Hewitt, Senior Vice President**

**Stacey Diana, Client Representative**

**Nicole Towsley, Insurance Assistant**

| | | | |
|---|---|---|---|
| Mailing Address | 1560 Sawgrass Corporate Parkway, Suite 300  Sunrise, FL 33323 | | |
| Florida Toll-Free | 800 282-6429 | Direct Lines: | |
| Main Phone Number | 954 838 3400 | Neil Hewitt | 954 838 3556 |
| Fax | 954 838 3700 | Stacey Diana | 954 838 3572 |
| | | Nicole Towsley | 954 838 3442 |

**MARSH**

# PROPERTY

| | |
|---|---|
| Property Limit: | $26,986,933.   Part of $53,973,866. (Landmark) <br> $26,986,933.   Part of $53,973,866. (Westchester) |
| | Ordinance or Law coverage included with sub-limit of $2,500,000 for coverages B and C |
| Deductible: | $   5,000.   Per Occurrence |
| Valuation: | Replacement Cost |
| Coinsurance: | None |
| Perils: | All Risk excluding Flood & Earthquake, excluding wind and hail |
| Some Policy Exclusions Include: | Electronic Property and Virus, Fungus, Pathogenic or Poisonous Biological or Chemical Material, Personal Property of Unit Owners or Tenants |
| Insurance Carrier: | Landmark American Insurance Company <br> Westchester Surplus Lines Insurance Company |
| Best Rating: | A X – Landmark <br> A X – Westchester |
| Annual Premium: | $49,997.75 (Landmark) <br> $49,997.75 (Westchester) |
| Policy Term: | 6/01/04 to 6/01/05 |

**Optional Terrorism Quotes**
  **$3,750.06 (Landmark)**
  **$3,499.56 (Westchester)**

MARSH

## STATEMENT OF VALUES

|  | **Building** | **Contents** |
|---|---|---|
| Condo Building | $49,970,530. | $160,000. |
| Parking Garage | $ 3,051,034. | |
| Gazebo Restaurant | $ 106,482. | $ 20,000. |
| Maintenance Building | $ 29,000. | $ 15,000. |
| Gatehouse | $ 25,000. | $ 5,000. |
| Swimming Pool | $ 81,000. | |
| Jacuzzi | $ 11,000. | |
| Pool Patio | $ 141,000. | |
| Pool Equipment Building | $ 28,000. | |
| Pool & Jacuzzi Equipment | $ 20,000. | |
| Pool & Jacuzzi Heaters | $ 16,000. | |
| Masonry Walls at Pool Patio | $ 22,000. | |
| Yard Lights | $ 7,000. | |
| Masonry Walls at Entrance | $ 15,000. | |
| Perimeter Chain Link Fence | $ 18,000. | |
| Three Security Gate Arms | $ 13,000. | |
| Perimeter Aluminum Fence | $ 6,000. | |
| Entrance Fountain | $ 27,000. | |
| Flag Pole | $ 3,000. | |
| Dune Walk | $ 7,000. | |
| Gazebo | $ 43,000. | |
| Masonry Landscape Planters | $ 29,000. | |
| Three Tennis Courts | $ 62,000. | |
| Tennis Lights | $ 21,000. | |
| Tennis Fence | $ 18,000. | |
| Two Shuffleboard Courts | $ 2,000. | |
| Shuffleboard Lights | $ 2,000. | |
| **TOTAL** | **$53,773,866.** | **$200,000.** |

MARSH

# GENERAL LIABILITY

| | | |
|---|---|---|
| Limits of Liability: | $2,000,000. | General Aggregate |
| | Included | Products/Completed Operations Aggregate |
| | $1,000,000. | Each Occurrence |
| | $1,000,000. | Personal/Advertising Injury Limit |
| | $ 100,000. | Fire Legal |
| | $ 5,000. | Medical Payments |
| | $1,000,000. | Hired & Non-owned Auto |
| | $1,000,000. | Garagekeepers |
| | | |
| Exposures: | Condominium Associations | 320 Units |
| | Swimming Pool | 1 |
| | Number of Spaces | 40 |

Some Policy Exclusions:    Total Pollution, Subsidence, Asbestos, Fungi/Mold/Mildew/Yeast/Microbe, Lead, Nuclear Energy, Employment Related Practices, Employee Benefits Liability

Insurance Carrier:    Columbia Casualty Company

Best Rating:    A XV

Annual Premium:    $24,512.15 (inclusive of Surplus Lines Taxes and Fees)

Policy Period:    6/01/04 to 6/01/05

**\*Optional Terrorism Premium - $486.26 (inclusive of Surplus Lines Taxes and Fees)**

MARSH

## UMBRELLA/EXCESS LIABILITY

| | |
|---|---|
| Limits: | $25,000,000. Each Occurrence<br>$25,000,000. Aggregate |
| Retained Limit: | $ 0. |
| Coverage: | Excess of primary General Liability, Automobile Liability and Directors & Officers Liability |
| Exclusions: | Uninsured Motorists, Nuclear Energy, ERISA, Care, Custody & Control. Pollution, Asbestos, Employers Liability, Employment Practices Liability, Mold |
| Insurance Carrier: | Zurich ~~America~~ Insurance Company |
| Best Rating: | A XV |
| Annual Premium: | $11,351. |
| Policy Term: | 6/01/04 to 6/01/05 |

**Optional Umbrella Quotes:**

| | |
|---|---|
| $ 5,000,000. | $ 8,600. |
| $10,000,000. | $ 9,554. |
| $15,000,000. | $11,251. |
| $50,000,000. | $13,953. |

**MARSH**

# CRIME INSURANCE

| | |
|---|---|
| Coverage: | <u>Employee Dishonesty</u> - Dishonest acts committed by an employee acting alone or in collusion with other persons. |
| | Employee as defined shall include any and all non-compensated elected officers and directors. |
| | <u>Occurrence</u> - all loss caused by or involving one or more employees whether the result of a single act or series of acts. |

| Limit of Liability: | $450,000. | Employee Theft |
|---|---|---|
| | $450,000. | Depositors Forgery |
| | $450,000. | Theft |
| | $450,000. | Computer Fraud |

| | |
|---|---|
| Deductible: | $ 5,000. |

The policy also covers Dickinson Management and its employees as Property Management.

| | |
|---|---|
| Insurance Carrier: | Hartford Fire Insurance Company |
| Best Rating: | A++ XV |
| Annual Premium: | 1,455. |
| Policy Term: | 6/01/04 to 6/01/05 |

**Optional 3 Year Premium - $3,929.**

## DIRECTORS & OFFICERS LIABILITY

| | | |
|---|---|---|
| Limit of Liability: | $1,000,000. | Each Loss |
| | $1,000,000. | Each Policy Year |

Deductible: $10,000.

Coverage: Claims Made – Loss for which the insured shall become legally obligated to pay on account of any claim made against him for a Wrongful Act.

<u>Who is Covered</u>
Association
Directors & Officers
Trustees
Committee Members
Past, Present & Future Directors & Officers
Employees
Volunteers

Insurance Carrier: Travelers Casualty and Surety of America

Best Rating: A+ XV

Annual Premium: $4,000.

Policy Term: 6/01/04 to 6/01/05

MARSH

# PLATE GLASS

All exterior glass comprising of three hundred and twenty (320) condominium units only. No balcony railing glass or balcony glass partitions, if any are insured. No other glass insured hereunder.

No Deductible

| | |
|---|---|
| Insurance Carrier: | US Plate Glass Insurance Co. |
| Best Rating: | A- IV |
| Annual Premium: | $10,564. |
| Policy Term: | 6/01/04 to 6/01/05 |
| Policy No.: | 09-39048 |

All exterior and interior glass and all mirrors in the common areas. No other glass insured hereunder.

No Deductible

| | |
|---|---|
| Insurer: | US Plate Glass Insurance Co. |
| Best Rating: | A- IV |
| Annual Premium: | $204. |
| Policy Term: | 6/01/04 to 6/01/05 |
| Policy No.: | 09-39049 |

MARSH

# WINDSTORM

| | |
|---|---|
| Limit: | $49,970,530. Building |
| Deductible: | $ 1,499,116. Hurricane (3%) |
| | $ 1,499,116. All Other Windstorm and Hail (3%) |
| Insurance Carrier: | Citizens Property Insurance Corporation |
| Annual Premium: | $253,387. |
| Policy Term: | 6/01/04 to 6/01/05 |
| Policy Number: | 1308219 |

| | |
|---|---|
| Limits: | See Statement of Values |
| Deductibles: | See Statement of Values |
| Coinsurance: | 90% on Parking Garage, Cabana Building, Restaurant, Maintenance Building, Guard House, Swimming Pool, Jacuzzi, Pool Equipment Building, Masonry Walls, Chain Link Fence and Contents of Office, Lounge Areas, Lobby, Exercise and Meeting Room |
| | 100% on Perimeter Fence and Tennis Court Fence |
| Insurance Carrier: | Citizens Property Insurance Corporation |
| Annual Premium: | $10,862. |
| Policy Term: | 6/22/04 to 6/22/05 |
| Policy Number: | 1228616 |

## STATEMENT OF VALUES

|  | Building | Contents | Hurricane Deductible | Other Wind Deductible |
|---|---|---|---|---|
| Garage Building | $3,051,034 |  | $91,531 | $1,000 |
| Cabana Building | $ 43,000 |  | $ 1,290 | $1,000 |
| Restaurant | $ 106,482 | $ 20,000 | $ 3,194 | $1,000 |
| Maintenance Building | $ 29,000 | $ 15,000 | $ 1,000 | $1,000 |
| Guard House Building | $ 25,000 | $ 5,000 | $ 1,000 | $1,000 |
| Swimming Pool | $ 81,000 |  | $ 2,430 | $1,000 |
| Jacuzzi | $ 11,000 |  | $ 1,000 | $1,000 |
| Pool Equipment Building | $ 28,000 |  | $ 1,000 | $1,000 |
| Masonry Walls | $ 15,000 |  | $ 1,000 | $1,000 |
| Masonry Walls | $ 22,000 |  | $ 1,000 | $1,000 |
| Chain Link Fence | $ 18,000 |  | $ 1,000 | $1,000 |
| Contents of Office, Lounge Areas, Lobby, Exercise & Meeting Room |  | $160,000 | $ 4,800 | $1,000 |
| Perimeter Fence | $ 6,000 |  | $ 1,000 | $1,000 |
| Tennis Court Fence | $ 18,000 |  | $ 1,000 | $1,000 |

MARSH

## BOILER & MACHINERY

| | | |
|---|---|---|
| Limit: | $6,000,000. | Total Incident Limit |
| | $5,000,000. | Direct Damage |
| | $ 25,000. | Expediting Expenses |
| | $ 25,000. | Hazardous Substances |
| | $ 25,000. | Ammonia Contamination |
| | $ 25,000. | Water Damage |
| | $1,000,000. | Business Interruption |
| | Comb. w/BI | Extra Expense |
| | | |
| Deductible: | $ 2,500. | Direct Damage |
| | Comb. w/PD | Ammonia Contamination |
| | 24 Hours | Business Interruption |
| | Comb. w/BI | Extra Expense |

Insurance Carrier:   Travelers Property Casualty Insurance Company

Best Rating:   A+ XV

Policy Premium:   $3,104.

Policy Term:   6/01/04 to 6/01/05

MARSH

# PREMIUM SUMMARY & COMPARISON

|  | 2003-2004 | 2004-2005 |  |
|---|---|---|---|
| Property: | $140,533.96 | $ 99,995.50 | 85,236.50 |
| General Liability: | $ 19,518.03 | $ 24,512.15 | *ok* |
| Business Automobile: | Included | Included | |
| Garagekeepers: | Included | Included | |
| Boiler & Machinery: | $ 2,956.00 | $ 3,104.00 | |
| Crime: | $ 1,309.50 | $ 1,455.00 | *ok* |
| Directors & Officers: | $ 1,240.00 | $ 4,000.00 | Bound 1,000,000 limit 2043 |
| Glass: | $ 10,768.00 | $ 10,768.00 | |
| Umbrella: | $ 6,400.00 | $ 11,351.00 | 10,583 *ok* |
| Windstorm: | $302,148.00 | $264,249.00 | |
| TOTAL: | $484,873.49 | $419,434.65 | |

12

MARSH