Part 2: THIS DECLARATION PA͟͞   WITH POLICY PROVISIONS - PART I AND ENDOP͟   ͟MENTS, IF ANY ISSUED TO FORM
A PART THEREOF, COMPLETE ͟   ͟ELOW NUMBERED CITIZENS PROPERTY INSU͟   ͟  ͟E CORPORATION POLICY.

## CITIZENS PROPERTY INSURANCE CORPORATION, WIND ONLY POLICY

7077 Bonneval Road - Suite 500, Jacksonville, Florida 32216-6064

**CITIZENS**

INSURED NAME AND ADDRESS

TIARA CONDOMINIUM ASSOCIATION
3000 N OCEAN DR
SINGER ISLAND, FL 33404

THIS IS A
COMMERCIAL-RESIDENTIAL

POLICY TERM 6/01/2004 TO 6/01/2005     AT 12:01 A.M. (EST)   CITIZENS POLICY NO. 1308219
INCEPTION DATE   EXPIRATION DATE

**THIS IS YOUR POLICY DECLARATION PAGE - This is not a Bill**

PAGE 1

| Item No. | AMOUNT OF INSURANCE | | Percent of Coinsurance Applicable | DEDUCTIBLES Hurricane/Other Wind | | Territory | Premium |
|---|---|---|---|---|---|---|---|
| | Building | Contents | | | | | |
| 1 | $ 49,970,530 | $ 0 | 100 % | $ 1,499,115 | $ 1,499,115 | T-87 | $ 201,481 |

FORTY TWO STORY WR (320) UNIT CONDO
K/A TIARA   LOC:
3000 N OCEAN DR   SINGER ISLAND, PALM BEACH FL 33404-3270

RECEIVED
JUN 9 - 2004
MARSH USA INC.
FORT LAUDERDALE, FL

P - I

| TOTAL AMOUNT OF COVERAGE | ACTUAL PREMIUM | PREMIUM SURCHARGES | TOTAL PREMIUM DO NOT PAY |
|---|---|---|---|
| $ 49,970,530 | Non-Hurricane 10,094.00<br>Hurricane 191,387.00<br>Tax-Exempt Sur 3,526.00 | Florida Hurricane Cat Fund $ 18,133.00<br>Reins/Cat Financing $ 30,222.00 | $ 253,362.00<br>($100 RETAINED) |

Subject to Form No(s):
  CIT CR2   CIT-W12   CIT-W01 91

Mortgagee/Loss Payee:

Agent: MARSH ADVANTAGE AMERICA, A 9704
SERVICE OF SEABURY &SMITH
P.O. BOX 459010
SUNRISE, FL 33345
(954) 838-3400

Payor: INSURED

Date: 6/02/2004

EXHIBIT 2

AGENT COPY       R 40111    264