

# SOUTHERN
## CONSTRUCTION SERVICES
*Concrete Restoration, Painting & Waterproofing*
CGC059856

**RECEIVED**
DEC 15 2005
Tiara

December 15, 2005
Date

Tiara Condominium Association, Inc.
3000 North Ocean Drive
Singer Island, FL 33404

| Adams | Goldberg | Leavy |
| Brindisi | Kisco | Maites |
| Gatto | Labuhn | Smith |
| | | Conway |

Re:   Total Amount for Drying Equipment

As per your request, the following chart includes the invoice numbers and totals of all drying equipment used at The Tiara and The Warehouse.

| Invoice # | Amount Billed for Dry Out Equipment |
|---|---|
| PHF&J #6 (Advance Payment) | $ 150,000.00 |
| G.C. #3 | $ 624,723.00 |
| G.C. #4 | $ 689,255.00 |
| G.C. #5 | $ 538,051.50 |
| G.C. #6 | $ 752,752.00 |
| G.C. #7 | $ 828,307.90 |
| G.C. #8 | $ 787,594.50 |
| G.C. #9 | $ 763,139.50 |
| G.C. #10 | $ 752,577.00 |
| G.C. #11 | $ 465,642.00 |
| G.C. #12 | $ 280,077.00 |
| G.C. #13 | $ 512,687.00 |
| G.C. #14 | $ 593,935.00 |
| G.C. #15 | $ 638,848.00 |
| G.C. #16 | $ 655,648.00 |
| G.C. #17 | $ 661,255.00 |
| G.C. #18 | $ 662,189.50 |
| G.C. #19 | $ 663,204.50 |

DADE/BROWARD: 1323 S. 30th Avenue • Hollywood, FL 33020 • Office 954-929-3549 • Fax 954-929-3550
W. PALM BEACH: 1500 N. Florida Mango Rd., Suite 17 • West Palm Beach, FL 33409 • Office 561-684-7300 • Fax 561-684-2932
EMAIL: scscastro@aol.com

**EXHIBIT 3**

TIARA016379

| | | |
|---|---|---|
| G.C. #20 | $ | 667,404.50 |
| G.C. #21 | $ | 669,245.50 |
| G.C. #22 | $ | 641,263.00 |
| G.C. #22B | $ | 19,495.00 |
| G.C. #23 | $ | 627,270.00 |
| G.C. #23A | $ | 29,183.00 |
| G.C. #24 | $ | 651,105.00 |
| G.C. #24A | $ | 29,708.00 |
| G.C. #25 | $ | 661,430.00 |
| G.C. #25A | $ | 29,708.00 |
| G.C. #26 | $ | 661,955.00 |
| G.C. #26A | $ | 29,708.00 |
| G.C. #27 | $ | 662,233.00 |
| G.C. #27A | $ | 29,708.00 |
| G.C. #28 | $ | 665,021.00 |
| G.C. #28A | $ | 30,058.00 |
| G.C. #29 | $ | 665,458.50 |
| G.C. #30 | $ | 668,503.50 |
| G.C. #31 | $ | 669,326.00 |
| G.C. #32 | $ | 671,388.50 |
| G.C. #32A | $ | 30,058.00 |
| G.C. #33 | $ | 675,608.50 |
| G.C. #34 | $ | 684,257.00 |
| G.C. #35 | $ | 695,450.00 |
| G.C. #36 | $ | 701,232.50 |
| G.C. #36A | $ | 124,432.00 |
| G.C. #37 | $ | 722,912.50 |
| G.C. #38 | $ | 726,652.50 |
| G.C. #39 | $ | 721,494.50 |
| G.C. #40 | $ | 720,959.00 |
| G.C. #41 | $ | 721,644.00 |
| G.C. #41A | $ | 157,484.00 |
| G.C. #42 | $ | 650,174.00 |
| G.C. #43 | $ | 536,014.50 |

TIARA016380

| G.C. #44 | $ | 524,541.50 |
| G.C. #45 | $ | 548,289.00 |
| G.C. #46 | $ | 530,816.50 |
| G.C. #46A | $ | 110,236.00 |

| Grand Total | $ | 29,381,313.90 |

Please feel free to contact me if you have any additional questions.

Sincerely,

Jeff Nairn
Southern Construction Services, Inc.

TIARA016381