Westlaw.

QUERY - TI(MARSH & MCLENNAN)                    DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

1. → Egan v. Marsh & McLennan Companies, Inc., Slip Copy, 2008 WL 245511, , S.D.N.Y., January 30, 2008(No. 07 Civ. 7134(SAS).)

   ...Egan v. **Marsh & McLennan** Companies, Inc. S.D.N.Y.,2008. Only the Westlaw citation is currently available. United States District Court, S.D. New York. Roger EGAN, Plaintiff, v. **MARSH & McLENNAN COMPANIES, INC.**, **MarshUSAInc.** Severance Pay Plan, **MarshInc.** Fall 2004 Restructuring Severance Pay Plan, Defendants. No. 07 Civ. 7134(SAS). Jan. 30, 2008. OPINION AND ORDER SHIRA A...

2. H In re Marsh & McLennan Companies, Inc. Securities Litigation, Slip Copy, 2007 WL 3407064, Fed. Sec. L. Rep. P 94,522, , S.D.N.Y., November 14, 2007(MDL No. 1744.Master File No. 04 Cv. 8144(SWK).)

   ...In re **Marsh & McLennan** Companies, Inc. Securities Litigation S.D.N.Y.,2007. United States District Court, S.D. New York. In re **MARSH & McLENNAN COMPANIES, INC.** SECURITIES LITIGATION. This Document Relates to: M.F. Henry v. Greenberg et al., 04 Cv. 8516(RMB), 05 Cv...

3. H Guy Carpenter & Co., LLC v. Samengo-Turner, Slip Copy, 2007 WL 1888800, , S.D.N.Y., June 29, 2007(No. 07 Civ. 3580(DLC).)

   ...2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. GUY CARPENTER & COMPANY, LLC and **Marsh & McLennan** Companies, Inc., Plaintiffs, v. Julian SAMENGO-TURNER, Ron Whyte, and Marcus Hopkins, Defendants. No. 07 Civ. 3580(DLC). June 29...

4. H Guy Carpenter & Co. v. Samengo-Turner, Slip Copy, 2007 WL 1705070, , S.D.N.Y., June 14, 2007(No. 07 Civ. 3580(DLC).)

   ...2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. GUY CARPENTER & COMPANY, LLC and **Marsh & McLennan** Companies, Inc., Plaintiffs, v. Julian SAMENGO-TURNER, Ron Whyte, and Marcus Hopkins, Defendants. No. 07 Civ. 3580(DLC). June 14...

5. C Tasciyan v. Marsh USA, Inc., Slip Copy, 2007 WL 950091, , S.D.N.Y., March 28, 2007(No. 07 Civ. 99 SAS.)

   ...Tasciyan v. **MarshUSA, Inc.** S.D.N.Y.,2007. Only the Westlaw citation is currently available. United States District Court, S.D. New York. Aret M. TASCIYAN, Plaintiff, v. **MARSHUSA, INC.**, Defendant. No. 07 Civ. 99 SAS. March 28, 2007. Stephen H. Vengrow Joseph De May, Jr. Cichanowicz, Callan, Keane, Vengrow...

6. H Lee v. Marsh & McLennan Companies, Inc., Slip Copy, 2007 WL 704033, , S.D.N.Y., March 07, 2007(No. 06 Civ. 6523(SWK), 06 Civ. 15448(SWK).)

   ...Westlaw citation is currently available. United States District Court, S.D. New York. Frank A. LEE, Jr., et al., Plaintiffs v. **MARSH & MCLENNAN COMPANIES, INC.**, et al., Defendants. No. 06 Civ. 6523(SWK), 06 Civ. 15448(SWK). March 7, 2007. OPINION AND ORDER...

7. H In re Marsh & McLennan Companies, Inc. Securities Litigation, Slip Copy, 2006 WL 2789860, , S.D.N.Y., September 27, 2006(No. MDL 1744, 04 CIV 8144 SWK.)

   ...In re **Marsh & McLennan** Companies, Inc. Securities Litigation S.D.N.Y.,2006. Only the

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 7

QUERY - TI(MARSH & MCLENNAN)          DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

      Westlaw citation is currently available. United States District Court, S.D. New York. In re **MARSH** & **MCLENNAN** COMPANIES, INC. SECURITIES LITIGATION No. MDL 1744, 04 CIV 8144 SWK. Sept. 27, 2006. OPINION AND ORDER KRAM , J. THIS...

8.  ▷  In re **Marsh** & **Mclennan** Companies, Inc. Securities Litigation, 501 F.Supp.2d 452, 2006 WL 2057194, , S.D.N.Y., July 20, 2006(MDL NO. 1744.No. 04 Civ. 8144(SWK).)

      ...In re **Marsh** & **Mclennan** Companies, Inc. Securities Litigation S.D.N.Y.,2006. IN RE **MARSH** & **MCLENNAN** COMPANIES, INC. SEC. LIT. United States District Court, S.D. New York. In re **MARSH** & **MCLENNAN** COMPANIES, INC. SECURITIES LITIGATION. THIS DOCUMENT RELATES TO: ALL ACTIONS MDL NO. 1744. No. 04 Civ. 8144(SWK). July 20...

9.  C  In re **Marsh** & **McLennan** Companies, Inc., Securities Litigation, 429 F.Supp.2d 1376, 2006 WL 1073430, , Jud.Pan.Mult.Lit., April 18, 2006(No. 1744.)

      ...In re **Marsh** & **McLennan** Companies, Inc., Securities Litigation Jud.Pan.Mult.Lit.,2006. IN RE **MARSH** & **MCLENNAN** COMPANIES, INC., SECURITIES Judicial Panel on Multidistrict Litigation. In re **MARSH** & **MCLENNAN** COMPANIES, INC., SECURITIES LITIGATION No. 1744. April 18, 2006. Background: Defendants moved to centralize seven actions, pending in two districts...

10.  H  Frazer Exton Development, LP v. Kemper Environmental, Ltd., Not Reported in F.Supp.2d, 2004 WL 1752580, , S.D.N.Y., July 29, 2004(No. 03 Civ. 0637(HB).)

      ...is currently available. United States District Court, S.D. New York. FRAZER EXTON DEVELOPMENT, LP, Plaintiff, v. KEMPER ENVIRONMENTAL, LTD., and **Marsh**USA, Inc., Defendant. No. 03 Civ. 0637(HB). July 29, 2004. OPINION & ORDER BAER , J. 1 FN1. Moriah Adamo, Lauren Yates, and...

11.  C  In re Arbitration between Hawaiian Elec. Industries, Inc. and HEI Power Corp., Not Reported in F.Supp.2d, 2004 WL 1542254, , S.D.N.Y., July 09, 2004(No. M-82.)

      ...London, Respondents: NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA and Syndicates 488 and 2488 at Lloyd's London, Petitioners, v. **MARSHUSA**, INC., Maura S. Garych and Gregor McQueen, Respondents. No. M-82. July 9, 2004. MEMORANDUM AND ORDER MCKENNA , J. National Union...

12.  H  Collins Development Corp. v. **Marsh** & **McLennan**, Inc., Not Reported in F.Supp., 1991 WL 183352, , S.D.N.Y., September 11, 1991(No. 90 CIV. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH** & **McLENNAN**, INC., Defendant. No. 90 CIV. 4675 (JFK). Sept. 11, 1991. MEMORANDUM OPINION AND ORDER KEENAN , District Judge: On July 17...

13.  H  Collins Development Corp. v. **Marsh** & **McLennan**, Inc., Not Reported in F.Supp., 1991 WL 135605, , S.D.N.Y., July 18, 1991(No. 90 Civ. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH** & **McLENNAN**, INC., Defendant. No. 90 Civ. 4675 (JFK). July 18, 1991. Dennis T. D'Antonio Weg and Myers, P.C. , New York City...

14.  H  Collins Development Corp. v. **Marsh** & **McLennan**, Inc., Not Reported in F.Supp., 1991 WL 35856, , S.D.N.Y., March 12, 1991(No. 90 Civ. 4675 (JFK).)

      ...1991. Only the Westlaw citation is currently available. United States District Court, S.D. New York. COLLINS DEVELOPMENT CORP., Plaintiff, v. **MARSH** & **McLENNAN**, INC.,

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - TI(MARSH & MCLENNAN)           DATABASES(S) - DCTNY
TI("MARSH INC") TI("MARSH USA INC")

        Defendant. No. 90 Civ. 4675 (JFK). March 12, 1991. Weg and Myers, P.C. , New York City (
        Matthew S. Aboulafia...

15.  H  Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., Not Reported in F.Supp., 1990 WL 180838, , S.D.N.Y., November 15, 1990(No. 86 Civ. 9011 (CSH).)

        ...LIMITED (Formerly Preservation Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE &
        MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and Marsh &
        McLennan, Inc., Defendant. No. 86 Civ. 9011 (CSH). Nov. 15, 1990. Mendes & Mount , New York
        City, for plaintiff. Miller Singer & Raives...

16.  H  Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., Not Reported in F.Supp., 1990 WL 102217, , S.D.N.Y., July 12, 1990(No. 86 CIV. 9011 (CSH).)

        ...LIMITED (Formerly Preservatrice Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE &
        MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and Marsh &
        Mclennan, Inc., Defendants. No. 86 CIV. 9011 (CSH). July 12, 1990. MEMORANDUM OPINION
        AND ORDER HAIGHT , District Judge. Plaintiff's motion for...

17.  H  Carlingford Australia General Ins. Ltd. v. St. Paul Fire & Marine Ins. Co., 722 F.Supp. 48, 1989 WL 113253, , S.D.N.Y., September 27, 1989(No. 86 Civ. 9011 (CSH).)

        ...LIMITED (Formerly Preservatrice Skandia Insurance Ltd.), Plaintiff, v. ST. PAUL FIRE &
        MARINE INSURANCE COMPANY, Aetna Insurance Company, Cigna Corporation and Marsh &
        McLennan, Inc., Defendant. No. 86 Civ. 9011 (CSH). Sept. 27, 1989. Reinsured insurer which had
        issued Australian worker's compensation coverage brought...

18.  C  Finansskandic (Luxembourg) S.A. v. Marsh & McLennan Companies, Inc., Not Reported in F.Supp., 1989 WL 101938, , S.D.N.Y., August 30, 1989(No. 87 CV 8408 (KMW).)

        ...Finansskandic (Luxembourg) S.A. v. Marsh & McLennan Companies, Inc. S.D.N.Y.,1989. Only
        the Westlaw citation is currently available. United States District Court, S.D. New York.
        FINANSSKANDIC (LUXEMBOURG) S.A., Plaintiff, v. MARSH & McLENNAN COMPANIES,
        INC., Defendant. No. 87 CV 8408 (KMW). Aug. 30, 1989. MEMORANDUM OPINION KIMBA
        M. WOOD, District Judge. Former third...

19.  H  Post v. Regan, 677 F.Supp. 203, 1988 WL 3097, , S.D.N.Y., January 15, 1988(No. 84 CV 9185 (RJD).)

        ...v. REGAN United States District Court, S.D. New York. Richard O. POST, Jr., Plaintiff, v. John
        M. REGAN, Jr. and Marsh & McLennan Companies, Inc., Defendants. No. 84 CV 9185 (RJD).
        Jan. 15, 1988. Former employee brought action against former employer and its...

20.  ▷  Paul Marsh, Inc. v. Edward A. Goodman Co., Inc., 612 F.Supp. 635, 1986 A.M.C. 396, , S.D.N.Y., June 11, 1985(No. 84 Civ. 1493 (GLG).)

        ...Inc. D.C.N.Y.,1985. PAUL MARSH, INC. v. EDWARD A. GOODMAN CO., INC. United States
        District Court, S.D. New York. PAUL MARSH, INC., Plaintiff, v. EDWARD A. GOODMAN CO.,
        INC., Federal Insurance Company and Utica Mutual Insurance Company, Defendants. No. 84 Civ.
        1493...

21.  C  Paul Marsh, Inc. v. S.S. Johann Blumenthal, 455 F.Supp. 236, 1979 A.M.C. 240, , S.D.N.Y., July 19, 1978(No. 75 Civ. 538.)

        ...Paul Marsh, Inc. v. S.S. Johann Blumenthal D.C.N.Y.,1978. United States District Court, S. D.
        New York. PAUL MARSH, INC., Plaintiff, v. S.S. JOHANN BLUMENTHAL, her engines,
        boilers, etc., Johann K. Blumenthal Reederei, KG Panatlantic GmbH & Co., and Cargo Lines...

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.