1 (Pages 1 to 4)

**Page 1**

```
IN THE FIFTEENTH JUDICIAL CIRCUIT COURT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO.: 502006CA002638MBAD

SOUTHERN CONSTRUCTION SERVICES,
INC., a Florida corporation,

    Plaintiff/Counterdefendant,

v.

TIARA CONDOMINIUM ASSOCIATION, INC.,
a Florida not-for-profit corporation,
et al.,

    Defendants/Counterclaimant/
    Third-Party Plaintiff,

v.

DOMINGO CASTRO, THALLYGEE CASTRO,
SLIDER ENGINEERING GROUP, INC., and
BTEX ENGINEERING, INC.,

    Third-Party Defendants.
_____/


          VIDEOTAPED DEPOSITION OF THE WITNESS,
                    LOUIS BRINDISI,
          TAKEN BY THE PLAINTIFF/COUNTERDEFENDANTS
                ON FRIDAY, JANUARY 4, 2008
```

**Page 2**

Appearances:

COHEN, NORRIS, SCHERER,
WEINBERGER & WOLMER, P.A.
712 U.S. Highway One, 4th Floor
North Palm Beach, Florida 33408
Phone: (561)844-3600
ATTORNEYS FOR THE PLAINTIFF/COUNTERDEFENDANT
BY: JAMES TELEPMAN, ESQUIRE

MCALPINE & ASSOCIATES, P.C.
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2361
Phone: (248)373-3700
ATTORNEYS FOR THE DEFENDANTS/
COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF
BY: MATTHEW D. NOVELLO, ESQUIRE

MEUERS LAW FIRM, P.A.
5395 Park Central Court
Naples, Florida 34109
Phone: (239)513-9191
ATTORNEYS FOR THE DEFENDANTS/
COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF
BY: STEVEN E. NURENBERG, ESQUIRE

ROBERTS, REYNOLDS,
BEDARD & TUZZIO, P.A.
470 Columbia Drive
Building C-101
West Palm Beach, Florida 33409
Phone: (561)688-6560
ATTORNEYS FOR THE THIRD-PARTY
DEFENDANT BTEX ENGINEERING
BY: ERIC W. DEMING, ESQUIRE

COLE, SCOTT & KISSANE, P.A.
2nd Floor
1645 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401
Phone: (561)383-9202
ATTORNEYS FOR THE THIRD-PARTY
DEFENDANT SLIDER ENGINEERING
BY: CHRISTOPHER B. HOPKINS, ESQUIRE

**Page 3**

```
SLAWSON CUNNINGHAM
WHALEN & GASPARI
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, Florida 33410
Phone: (561)625-6260
ATTORNEYS FOR THE NON-PARTY ULMER
BY: DAVID M. GASPARI, ESQUIRE

ALSO PRESENT: Sophie Carter, Video Specialist
              Domingo Castro
```

               INDEX
WITNESS         DIRECT   CROSS   REDIRECT   RECROSS
LOUIS BRINDISI
  By Mr. Telepman    5
  By Mr. Gaspari          230

              EXHIBITS
Deposition Exhibit 1 & 2          11
Deposition Exhibit 3              31
Deposition Exhibit 4              49
Deposition Exhibit 5              58
Deposition Exhibit 6-8            88
Deposition Exhibit 9             101
Deposition Exhibit 10            128
Deposition Exhibit 11            223

**Page 4**

        THE VIDEOTAPED DEPOSITION OF THE WITNESS,
LOUIS BRINDISI, TAKEN BY THE PLAINTIFF/THIRD-PARTY
DEFENDANTS, IN THE ABOVE-TITLED CAUSE, BEFORE PAMELA
GRIMALDI, RPR, COURT REPORTER AND NOTARY PUBLIC,
STATE OF FLORIDA AT LARGE, AT 712 U.S. HIGHWAY ONE,
NORTH PALM BEACH, FLORIDA ON FRIDAY, JANUARY 4,
2008, BEGINNING AT 9:33 A.M., PURSUANT TO THE NOTICE
HERETOFORE FILED.
                    - - -
        THE VIDEOGRAPHER: This is the deposition of
Louis Brindisi in the matter of Southern
Construction Services versus Tiara Condominium
Association, Incorporated versus Domingo Castro,
et al.
        My name is Sophie Carter. I'm the video
specialist with Legal Video & Media. The court
reporter is Pam Grimaldi with Pinnacle Reporting.
Today is Friday, January 4, 2008 and the time is
9:33.
        At this time will counsel please state their
appearances for the record?
        MR. TELEPMAN: Jim Telepman representing
Southern Construction Services and the Castros.
        MR. NOVELLO: Matt Novello representing the
Tiara Condominimum Association and the Tiara

PINNACLE REPORTING, INC.
561-820-9066


EXHIBIT 9

**5**

1  homeowners.
2      MR. NURENBERG: Steven Nurenberg for Tiara
3  Condominium Association.
4      MR. GASPARI: David Gaspari for Ulmer
5  Construction.
6      MR. HOPKINS: Christopher Hopkins for Slider
7  Engineering.
8      MR. DEMING: Eric Deming for BTEX.
9      THE VIDEOGRAPHER: Would the witness please
10  raise your right hand to be sworn?
11  THEREUPON,
12      LOUIS BRINDISI,
13  AFTER HAVING BEEN FIRST SWORN BY ME TO TELL THE WHOLE
14  TRUTH AS HEREINAFTER CERTIFIED, TESTIFIES AS FOLLOWS:
15      DIRECT EXAMINATION
16  BY MR. TELEPMAN:
17  Q  Please give your full name and home address,
18  please.
19  A  Louis Thomas Brindisi. You'll have to excuse
20  me, I have a little bit of a sinus condition. 1003
21  Parkway East, Utica, New York.
22  Q  You're an attorney at law by profession?
23  A  Yes.
24  Q  And you've been deposed before?
25  A  Yes.

**6**

1  Q  So you understand the rules of taking a
2  deposition both as an attorney and as a witness?
3  A  Yes.
4  Q  I won't waste any time, then, by going
5  through the rules. But if you have any questions as we
6  proceed, please feel free to interrupt.
7      Where are you licensed to practice law?
8  A  New York and Florida.
9  Q  How long have you been licensed to practice
10  law in New York?
11  A  Since 1960.
12  Q  How long have you been licensed to practice
13  law in the State of Florida?
14  A  I was thinking about that. I think it was
15  19 – '78 rings out in my mind, but I'm not positive.
16  Q  That's okay, sir.
17      Have you ever actively practiced law in the
18  State of Florida?
19  A  No.
20  Q  For what purpose did you obtain a license to
21  practice law in the State of Florida?
22  A  I thought about practicing in the State of
23  Florida.
24  Q  Just never got around to it?
25  A  Just never got around to it.

**7**

1  Q  All right, sir. Do you still actively
2  practice law in the State of New York?
3  A  Yes.
4  Q  What is the main subject of your practice?
5  A  Serious personal injury and wrongful death
6  cases.
7  Q  Plaintiff's work?
8  A  Plaintiff's.
9  Q  Has that been the focus of your practice most
10  of your career?
11  A  Yes.
12  Q  Have you ever represented a plaintiff or a
13  defendant in a construction defect lawsuit?
14      MR. NOVELLO: Form of the question objection.
15      THE WITNESS: Yes.
16  BY MR. TELEPMAN:
17  Q  How many times?
18  A  Numerous.
19  Q  Plaintiff, defendant, or both?
20  A  Plaintiff. In New York we have what we call
21  the Labor Law. If you're injured on the job or
22  something of that nature, you can bring direct action
23  against the employer and against the contractor, and
24  those types of actions.
25  Q  So your involvement as a lawyer in

**8**

1  construction-related cases has been primarily limited
2  to cases on behalf of injured workers?
3  A  Yes.
4  Q  Not so much representing contractors versus
5  owners?
6  A  No.
7  Q  Have you ever been involved in a case
8  representing a contractor versus an owner or vice
9  versa?
10      MR. NOVELLO: Objection. Form.
11      THE WITNESS: I'm sure I have over the years.
12  BY MR. TELEPMAN:
13  Q  Can you give us one example?
14  A  I cannot.
15  Q  All right. You're presently an owner of
16  multiple units at the Tiara Condominium?
17  A  Yes.
18  Q  When did you first purchase a unit in the
19  Tiara Condominium? Approximately.
20  A  1978.
21  Q  So is it fair to say that you have
22  continuously been a unit owner at the Tiara since
23  approximately 1978?
24  A  Yes.
25  Q  When did you obtain your second unit at the