UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TIARA CONDOMINIUM ASSOCIATION,
INC., a Florida non-profit corporation, in its
own name and as agent for all owners of record
of all individual condominium parcels within
the Tiara Condominium,

Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES,
INC., a Delaware corporation, MARSH, INC.,
and MARSH USA, INC.,

Defendants.

Case No. 07-CIV-9392

Hon. Harold A. Baer, Jr.

**DECLARATION OF
EDWARD F. KISCO, JR.**

EDWARD F. KISCO, JR., declares, pursuant to 28 U.S.C. § 1746, and under penalty of

perjury:

1.    My primary residence is West Chester, Pennsylvania.

2.    I am willing to appear for Trial in the United States District Court for the

Southern District of New York for purposes of this matter.

3.    I intend to testify regarding the role of Marsh & McLennan Companies, Inc.,

Marsh, Inc., and Marsh USA Inc. as insurance advisors to the Tiara Condominium Association,

Inc. as well as the per-occurrence limit of the wind damage insurance policy purchased as a

result of their advice, among other subjects.

I declare under penalty of perjury that the
foregoing is true and correct.
Executed in West Chester, Pennsylvania.
February 15, 2008.

__/s/ Edward F. Kisco, Jr._____
EDWARD F. KISCO, JR.