UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TIARA CONDOMINIUM ASSOCIATION, INC., | : | 07 Civ. 9392 (HB) |
| Plaintiff, | : | |
| | : | **ORDER** |
| -against- | : | |
| MARSH & MCLENNAN COS., INC., et al., | : | |
| Defendants. | : | |

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

**Judge Gerard E. Lynch, acting as Part I Judge:**

WHEREAS Plaintiff Tiara Condominium Association, Inc. ("Plaintiff") commenced this action on October 19, 2007 against Defendants Marsh & McLennan Companies, Inc., a Delaware corporation, Marsh, Inc. and Marsh USA, Inc. ("Defendants"); and

WHEREAS on January 14, 2008, Defendants filed a Motion to Dismiss Plaintiff's Complaint and a Motion to Change Venue; and

WHEREAS on February 5, 2008, the Honorable Harold Baer Jr. issued an Order that set forth a briefing schedule and scheduled oral argument for February 26, 2008; and

WHEREAS on February 11, 2008, the Plaintiff filed its First Amended Complaint and its Memorandum in Opposition to Defendants' Motion to Change Venue; and

WHEREAS counsel for Defendants has indicated the Defendants intend to move to dismiss the First Amended Complaint; and

WHEREAS counsel for Defendants has requested additional time to complete briefing on Defendants' Motion to Dismiss; it is hereby

ORDERED that Defendants shall file any Reply to the Plaintiff's Opposition to the Motion to Change Venue by February 19, 2008; and it is further

ORDERED that the parties work out a schedule so that the Defendants' Motion to Dismiss the First Amended Complaint is fully briefed and all papers are in Judge Baer's chambers by March 10, 2008; and it is further

ORDERED that on March 18, 2008 at 10:30 a.m., counsel for Plaintiff and counsel for Defendants shall appear in Courtroom 23B for oral argument for both motions.

**SO ORDERED.**

February 15, 2008
New York, New York

_____
U.S.D.J.