IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TIARA CONDOMINIUM ASSOCIATION, INC.

       Plaintiff,

    - against -

MARSH & McLENNAN COS., INC., *et al.*,

       Defendants.

CASE NO. 07-CIV-9392

Judge Harold Baer, Jr.

------------------------------------------------------------ x

## DECLARATION OF GREGORY CONWAY IN SUPPORT OF THE MARSH DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MARSH DEFENDANTS' MOTION TO TRANSFER VENUE

I, Gregory Conway, declare as follows:

1.  I am an attorney with the law firm of Willkie Farr & Gallagher LLP. This law firm represents Marsh & McLennan Companies, Inc., Marsh Inc. and Marsh USA Inc. (collectively, "Marsh") in the above-captioned action.

2.  I have personal knowledge of the facts set forth below. I submit this Declaration in Support of the Marsh Defendants' Reply to Plaintiff's Response to Marsh Defendants' Motion to Transfer Venue.

3.  Attached hereto as Exhibit A is a true and correct copy of certain pages from the January 4, 2008 deposition transcript of Louis Brandisi in the case captioned *Southern Construction Services, Inc. v. Tiara Condominium Association, Inc.*, Case No. 502006CA002638XXXMBAO (15th Fla. Cir. Ct.), filed on November 30, 2007.

4131086.2

- 2 -

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

February 19, 2008 in Washington, D.C.

_____
Gregory Conway