# EXHIBIT A

1 (Pages 1 to 4)

## Page 1

IN THE FIFTEENTH JUDICIAL CIRCUIT COURT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO.: 502006CA002638MBAD

SOUTHERN CONSTRUCTION SERVICES,
INC., a Florida corporation,

    Plaintiff/Counterdefendant,

v.

TIARA CONDOMINIUM ASSOCIATION, INC.,
a Florida not-for-profit corporation,
et al.,

    Defendants/Counterclaimant/
    Third-Party Plaintiff,

v.

DOMINGO CASTRO, THALLYGEE CASTRO,
SLIDER ENGINEERING GROUP, INC., and
BTEX ENGINEERING, INC.,

    Third-Party Defendants.
_____/

VIDEOTAPED DEPOSITION OF THE WITNESS,
LOUIS BRINDISI,
TAKEN BY THE PLAINTIFF/COUNTERDEFENDANTS
ON FRIDAY, JANUARY 4, 2008

## Page 2

Appearances:

COHEN, NORRIS, SCHERER,
WEINBERGER & WOLMER, P.A.
712 U.S. Highway One, 4th Floor
North Palm Beach, Florida 33408
Phone: (561)844-3600
ATTORNEYS FOR THE PLAINTIFF/COUNTERDEFENDANT
BY: JAMES TELEPMAN, ESQUIRE

MCALPINE & ASSOCIATES, P.C.
3201 University Drive, Suite 100
Auburn Hills, MI 48326-2361
Phone: (248)373-3700
ATTORNEYS FOR THE DEFENDANTS/
COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF
BY: MATTHEW D. NOVELLO, ESQUIRE

MEUERS LAW FIRM, P.A.
5395 Park Central Court
Naples, Florida 34109
Phone: (239)513-9191
ATTORNEYS FOR THE DEFENDANTS/
COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF
BY: STEVEN E. NURENBERG, ESQUIRE

ROBERTS, REYNOLDS,
BEDARD & TUZZIO, P.A.
470 Columbia Drive
Building C-101
West Palm Beach, Florida 33409
Phone: (561)688-6560
ATTORNEYS FOR THE THIRD-PARTY
DEFENDANT BTEX ENGINEERING
BY: ERIC W. DEMING, ESQUIRE

COLE, SCOTT & KISSANE, P.A.
2nd Floor
1645 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401
Phone: (561)383-9202
ATTORNEYS FOR THE THIRD-PARTY
DEFENDANT SLIDER ENGINEERING
BY: CHRISTOPHER B. HOPKINS, ESQUIRE

## Page 3

SLAWSON CUNNINGHAM
WHALEN & GASPARI
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, Florida 33410
Phone: (561)625-6260
ATTORNEYS FOR THE NON-PARTY ULMER
BY: DAVID M. GASPARI, ESQUIRE

ALSO PRESENT: Sophie Carter, Video Specialist
    Domingo Castro

### INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| LOUIS BRINDISI | | | | |
| By Mr. Telepman | 5 | | | |
| By Mr. Gaspari | | 230 | | |

### EXHIBITS

| | |
|---|---|
| Deposition Exhibit 1 & 2 | 11 |
| Deposition Exhibit 3 | 31 |
| Deposition Exhibit 4 | 49 |
| Deposition Exhibit 5 | 58 |
| Deposition Exhibit 6-8 | 88 |
| Deposition Exhibit 9 | 101 |
| Deposition Exhibit 10 | 128 |
| Deposition Exhibit 11 | 223 |

## Page 4

    THE VIDEOTAPED DEPOSITION OF THE WITNESS, LOUIS BRINDISI, TAKEN BY THE PLAINTIFF/THIRD-PARTY DEFENDANTS, IN THE ABOVE-TITLED CAUSE, BEFORE PAMELA GRIMALDI, RPR, COURT REPORTER AND NOTARY PUBLIC, STATE OF FLORIDA AT LARGE, AT 712 U.S. HIGHWAY ONE, NORTH PALM BEACH, FLORIDA ON FRIDAY, JANUARY 4, 2008, BEGINNING AT 9:33 A.M., PURSUANT TO THE NOTICE HERETOFORE FILED.

    - - -

    THE VIDEOGRAPHER: This is the deposition of Louis Brindisi in the matter of Southern Construction Services versus Tiara Condominium Association, Incorporated versus Domingo Castro, et al.

    My name is Sophie Carter. I'm the video specialist with Legal Video & Media. The court reporter is Pam Grimaldi with Pinnacle Reporting.

    Today is Friday, January 4, 2008 and the time is 9:33.

    At this time will counsel please state their appearances for the record?

    MR. TELEPMAN: Jim Telepman representing Southern Construction Services and the Castros.

    MR. NOVELLO: Matt Novello representing the Tiara Condominimum Association and the Tiara

Page 5

1 homeowners.
2     MR. NURENBERG: Steven Nurenberg for Tiara
3 Condominium Association.
4     MR. GASPARI: David Gaspari for Ulmer
5 Construction.
6     MR. HOPKINS: Christopher Hopkins for Slider
7 Engineering.
8     MR. DEMING: Eric Deming for BTEX.
9     THE VIDEOGRAPHER: Would the witness please
10 raise your right hand to be sworn?
11 THEREUPON,
12     LOUIS BRINDISI,
13 AFTER HAVING BEEN FIRST SWORN BY ME TO TELL THE WHOLE
14 TRUTH AS HEREINAFTER CERTIFIED, TESTIFIES AS FOLLOWS:
15     DIRECT EXAMINATION
16 BY MR. TELEPMAN:
17  Q   Please give your full name and home address,
18 please.
19  A   Louis Thomas Brindisi. You'll have to excuse
20 me, I have a little bit of a sinus condition. 1003
21 Parkway East, Utica, New York.
22  Q   You're an attorney at law by profession?
23  A   Yes.
24  Q   And you've been deposed before?
25  A   Yes.

Page 6

1  Q   So you understand the rules of taking a
2 deposition both as an attorney and as a witness?
3  A   Yes.
4  Q   I won't waste any time, then, by going
5 through the rules. But if you have any questions as we
6 proceed, please feel free to interrupt.
7      Where are you licensed to practice law?
8  A   New York and Florida.
9  Q   How long have you been licensed to practice
10 law in New York?
11  A   Since 1960.
12  Q   How long have you been licensed to practice
13 law in the State of Florida?
14  A   I was thinking about that. I think it was
15 19 -- '78 rings out in my mind, but I'm not positive.
16  Q   That's okay, sir.
17      Have you ever actively practiced law in the
18 State of Florida?
19  A   No.
20  Q   For what purpose did you obtain a license to
21 practice law in the State of Florida?
22  A   I thought about practicing in the State of
23 Florida.
24  Q   Just never got around to it?
25  A   Just never got around to it.

Page 7

1  Q   All right, sir. Do you still actively
2 practice law in the State of New York?
3  A   Yes.
4  Q   What is the main subject of your practice?
5  A   Serious personal injury and wrongful death
6 cases.
7  Q   Plaintiff's work?
8  A   Plaintiff's.
9  Q   Has that been the focus of your practice most
10 of your career?
11  A   Yes.
12  Q   Have you ever represented a plaintiff or a
13 defendant in a construction defect lawsuit?
14     MR. NOVELLO: Form of the question objection.
15     THE WITNESS: Yes.
16 BY MR. TELEPMAN:
17  Q   How many times?
18  A   Numerous.
19  Q   Plaintiff, defendant, or both?
20  A   Plaintiff. In New York we have what we call
21 the Labor Law. If you're injured on the job or
22 something of that nature, you can bring direct action
23 against the employer and against the contractor, and
24 those types of actions.
25  Q   So your involvement as a lawyer in

Page 8

1 construction-related cases has been primarily limited
2 to cases on behalf of injured workers?
3  A   Yes.
4  Q   Not so much representing contractors versus
5 owners?
6  A   No.
7  Q   Have you ever been involved in a case
8 representing a contractor versus an owner or vice
9 versa?
10     MR. NOVELLO: Objection. Form.
11     THE WITNESS: I'm sure I have over the years.
12 BY MR. TELEPMAN:
13  Q   Can you give us one example?
14  A   I cannot.
15  Q   All right. You're presently an owner of
16 multiple units at the Tiara Condominium?
17  A   Yes.
18  Q   When did you first purchase a unit in the
19 Tiara Condominium? Approximately.
20  A   1978.
21  Q   So is it fair to say that you have
22 continuously been a unit owner at the Tiara since
23 approximately 1978?
24  A   Yes.
25  Q   When did you obtain your second unit at the

Page 241

CERTIFICATE

The State of Florida
County of Palm Beach

I, Pamela Grimaldi, Registered Professional Reporter and Notary Public, State of Florida at Large, do hereby certify that LOUIS BRINDISI personally appeared and was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages, numbered from 1 to 237 inclusive, are a true and correct transcription of my shorthand notes of said deposition.

I further certify that the said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set forth.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel, or financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

In witness whereof I have hereunto set my hand and seal this 14th day of January 2008.

_____
Pamela Grimaldi, RPR
Notary Public, State of Florida
at largeN8  My commission expires
07/07/11N8  NoN8 DD 695797N8

Page 242

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, Pamela Grimaldi, RPR, Notary Public, State of Florida at large, do hereby certify that LOUIS BRINDISI personally appeared before me and was duly swornN8

Witness my hand and seal this 14th day of January, 2008.

_____
Pamela Grimaldi, RPR
Notary Public - State of Florida
My Commission NoN8: DD 695797
Expires: July 7, 2011