## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on February 19, 2008, she caused a copy of the foregoing Declaration of Gregory Conway in Support of the Marsh Defendants' Reply to Plaintiff's Response to Marsh Defendants' Motion to Transfer Venue to be served by first-class United States mail upon the following:

**William E. Brueckner**
Ernstrom & Dreste, L.L.P.
317 Madison Avenue
Suite 703
New York, NY 10017-5201

**Mark L. McAlpine**
McAlpine & Associates, P.C.
3201 University Drive
Suite 100
Auburn Hills, MI 48326-2396

**Christopher E. Wasson**
McAlpine & Associates, P.C.
3201 University Drive
Suite 100
Auburn Hills, MI 48326-2361

Katharine Nora Monin (KM-7377)