William E. Brueckner (WB6646)
**ERNSTROM & DRESTE, LLP**
317 Madison Avenue
Suite 703
New York, New York  10017-5201
212.687.0303
*Local Counsel for Plaintiff*

Mark L. McAlpine, *Pro Hac Vice*
**McALPINE & ASSOCIATES, P.C.**
3201 University Drive
Suite 100
Auburn Hills, Michigan  48326-2396
248.373.3700
*Lead Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIARA CONDOMINIUM ASSOCIATION, INC., a Florida non-profit corporation, in its own name and as agent for all owners of record of all individual condominium parcels within the Tiara Condominium, <br><br> Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN COMPANIES, INC., a Delaware corporation, MARSH, INC., and MARSH USA, INC., <br><br> Defendants. | Case No. 07-CIV-9392 <br><br> Hon. Harold A. Baer, Jr. |

**PLAINTIFF'S STIPULATION TO TRANSFER VENUE**

Plaintiff, TIARA CONDOMINIUM ASSOCIATION, INC. ("TIARA"), by and through

the undersigned counsel, hereby stipulates to the relief requested in Defendant's Motion to

Transfer Venue and consents to the transfer of this matter to the United States District Court for

the Southern District of Florida.

DATED:  February 25, 2008

                                      **ERNSTROM & DRESTE, LLP**
William E. Brueckner (WB6646)
317 Madison Avenue
Suite 703
New York, New York 10017-5201
212.687.0303
*Local Counsel for Plaintiff*


/s/__Mark L. McAlpine____
Mark L. McAlpine, *Pro Hac Vice*
**MCALPINE & ASSOCIATES, P.C.**
3201 University Drive
Suite 100
Auburn Hills, Michigan  48326-2396
248.373.3700
*Lead Counsel for Plaintiff*