# WILLKIE FARR & GALLAGHER LLP

1875 K Street, NW
Washington, DC 20006-1238
Tel: 202 303 1000
Fax: 202 303 2000

February 29, 2008

**VIA FACSIMILE**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Tiara Condominium Association, Inc. v. Marsh & McLennan Companies, Inc., Marsh Inc., and Marsh USA Inc.*, Case No. 07-CIV-9392.

Dear Judge Baer:

This law firm represents Marsh in the above-referenced action. In light of the transfer of this case to the United States District Court for the Southern District of Florida, Marsh will have its motion to dismiss the amended complaint decided by that Court. Accordingly, the Court may remove from its calendar the oral argument scheduled for April 17, 2008.

Respectfully submitted,

Gregory Conway

cc: Mark L. McAlpine, Esq. (via facsimile)

*[Handwritten note: The oral argument has now been cancelled and the Clerk is instructed to close this file as transferred removed from my docket.]*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
3/4/08

1462717.1

NEW YORK   WASHINGTON   PARIS   LONDON   MILAN   ROME   FRANKFURT   BRUSSELS

TOTAL P.02